**Motion Granted, Vacated and Rendered, and Memorandum Opinion filed February 1, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00521-CV
_____

### TEXAS DEPARTMENT OF PUBLIC SAFETY, Appellant

### V.

### ALICIA ANN FRAMPTON, Appellee

**On Appeal from the County Court at Law
Colorado County, Texas
Trial Court Cause No. 21-5721**

## MEMORANDUM OPINION

This is an appeal from a judgment signed August 10, 2021 in a suit for judicial review, vacating an administrative law judge's decision authorizing the suspension of the appellee's driver's license. On January 12, 2022, the parties filed with this court a joint motion for this court to render judgment effectuating the parties' agreement, the substance of which is to vacate the trial court's judgment, leaving the

administrative law judge's decision in place. Accordingly, we grant the joint motion, vacate the trial court's August 10, 2021 judgment and dismiss the case in the county court at law. The administrative law judge's April 14, 2021 decision remains unchanged. *See* Tex. R. App. P. 42.1(a)(2)(A).


PER CURIAM


Panel Consists of Justices Wise, Spain, and Hassan.